# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Geoff Winkler,

      Plaintiff(s),

v.

Dian S. Tate, et al.,

      Defendant(s).

Case No. 2:26-cv-00990-JCM-NJK

**Order**

Receiver Winkler brought this case alleging that defendants are winning investors in a Ponzi scheme. *See, e.g.*, Docket No. 1 at ¶¶ 41-74. From a preliminary review of the case files, it appears that Winkler may have brought a number of other cases against other alleged winning investors. Winkler must consult Local Rule 42-1 to determine whether notices of related cases must be filed.

IT IS SO ORDERED.

Dated: April 14, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1