# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Geoff Winkler,<br><br>        Plaintiff(s),<br><br>v.<br><br>Dian S. Tate, et al.,<br><br>        Defendant(s). | Case No. 2:26-cv-00990-JCM-NJK<br><br>**Order** |
| Geoff Winkler,<br><br>        Plaintiff(s),<br><br>v.<br><br>Hunter Johnson, et al.,<br><br>        Defendant(s). | Case No. 2:26-cv-00992-JCM-BNW<br><br>**Order** |
| Geoff Winkler,<br><br>        Plaintiff(s),<br><br>v.<br><br>Arthur Kuan, et al.,<br><br>        Defendant(s). | Case No. 2:26-cv-00993-JCM-EJY<br><br>**Order** |
| Geoff Winkler,<br><br>        Plaintiff(s),<br><br>v.<br><br>Stephen Hodges, et al.,<br><br>        Defendant(s). | Case No. 2:26-cv-00995-JCM-EJY<br><br>**Order** |
| Geoff Winkler,<br><br>        Plaintiff(s),<br><br>v.<br><br>Yee Mar, et al.,<br><br>        Defendant(s). | Case No. 2:26-cv-00996-JCM-DJA<br><br>**Order** |

| | |
|---|---|
| Geoff Winkler,<br><br>    Plaintiff(s),<br><br>v.<br><br>Reina Ramirez, et al.,<br><br>    Defendant(s). | Case No. 2:26-cv-00997-JCM-BNW<br><br>**Order** |
| Geoff Winkler,<br><br>    Plaintiff(s),<br><br>v.<br><br>Matthew Sinnock,<br><br>    Defendant(s). | Case No. 2:26-cv-00998-JCM-EJY<br><br>**Order** |
| Geoff Winkler,<br><br>    Plaintiff(s),<br><br>v.<br><br>David Riske, et al.,<br><br>    Defendant(s). | Case No. 2:26-cv-01000-JCM-NJK<br><br>**Order** |
| Geoff Winkler,<br><br>    Plaintiff(s),<br><br>v.<br><br>Giselle Bennett, et al.,<br><br>    Defendant(s). | Case No. 2:26-cv-01001-JCM-BNW<br><br>**Order** |
| Geoff Winkler,<br><br>    Plaintiff(s),<br><br>v.<br><br>Brett Taitz, et al.,<br><br>    Defendant(s). | Case No. 2:26-cv-01003-JCM-EJY<br><br>**Order** |

Pending before the Court is the Receiver's notice of related cases identifying ten similar cases that were assigned to United States District Judge James C. Mahan, but were also assigned to four different magistrate judges.[1] After consultation with the judges assigned to the cases, the Court finds that transfer to a single magistrate judge for pretrial purposes would aid in their efficient disposition. *See* Local Rule 42-1(a). Accordingly, the Court **INSTRUCTS** the Clerk's office to assign all of the above captioned cases to United States Magistrate Judge Nancy J. Koppe.

IT IS SO ORDERED.

Dated: May 8, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

_____
Brenda N. Weksler
United States Magistrate Judge

_____
Daniel J. Albregts
United States Magistrate Judge

_____
Elayna J. Youchah
United States Magistrate Judge

---

[1] Two of these cases were previously consolidated.

3