WIRTHLIN & VERLAINE
Brenoch R Wirthlin, Esq. (Nevada Bar No.10282)
400 S. 4th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 529-1201
Facsimile: (702) 213-0294
Email: bwirthlin@wirthlinlawfirm.com
*Attorneys for defendant John Salisbury*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

In re:

GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al.,

Plaintiff,

v.

DIAN S. TATE, an individual; JOHN ERIC SALISBURY, an individual; WILLIAM PERRI, an individual; NICOLE BYLINA an individual; EDWARD OLEJNIK, an individual; KENNETH PHILLIPS, an individual; BYRON KIRK, an individual; BEVERLY HANEY, an individual; SANDRA A. MENARD, an individual; SHAWN D. FREHNER, an individual; JAMES DONATELLI, an individual; JAY A. WIESELER, an individual; RUSSELL R. SILLITOE, an individual; ROB L. SPINDLER, an individual; ELIZABETH FAJARDO, an individual; VIRGINIA KIRKENDALL, an individual; and JING M. NOHRDEN, an individual,

Defendants.

Case no. 2:26-cv-00990-JCM-NJK

**STIPULATION AND ORDER TO FILE RESPONSIVE PLEADINGS TO COMPLAINT**
**[FIRST REQUEST]**

Defendants JOHN ERIC SALISBURY, DIAN S. TATE, and JAY A. WIESELER (collectively "Stipulating Defendants"), by and through undersigned counsel of record, Wirthlin & Verlaine, and Plaintiff GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES, INC. ("Plaintiff"), by and through counsel of record Greenberg Traurig, LLP, and hereby stipulate and agree that the Stipulating Defendants shall have up to and including June 15,

2026, to respond to the Complaint (Doc. 1).  June 8, 2026, is the current deadline to respond to the Complaint.  This is the first stipulation for extension of time to respond to the complaint.

Pursuant to LR IA 6-1(a), the reason for this requested stipulation is because undersigned counsel was only very recently engaged as counsel for the Stipulating Defendants and the Stipulating Defendants are in the process of providing all relevant information to undersigned counsel in order to determine the appropriate response to the Complaint.  Undersigned counsel was also recently extremely ill and is still recovering.  A one week extension of time to respond to the Complaint is the only extension that is being sought and only extension to respond to the Complaint that will be sought by the Stipulating Defendants.

DATED this 8th day of June, 2026.　　　　DATED this 8th day of June, 2026.

WIRTHLIN & VERLAINE　　　　　　GREENBERG TRAURIG, LLP
*/s/ Brenoch Wirthlin*　　　　　　　By:　*/s/ Kyle A. Ewing*
Brenoch Wirthlin, Esq. (10282)　　　Kara Hendricks, Esq. (07743)
400 S. 4th Street, Suite 300　　　　　Kyle A. Ewing, Esq. (14051)
Las Vegas, NV  89101　　　　　　　10845 Griffith Peak Drive, Suite 600
Tel: (702) 529-1201　　　　　　　　Las Vegas, NV  89135
bwirthlin@wirthlinlawfirm.com　　　Ewingk@gtlaw.com
*Attorneys for Stipulating Defendants*　*Attorneys for Plaintiff*

IT IS SO ORDERED.
Dated:  June 9, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge